IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY SMITH**                                                                                           **PLAINTIFF**

v.                                              No: 4:21-cv-00542-JM

**RODNEY WRIGHT,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Plaintiff Bobby Smith filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on June 21, 2021 (Doc. No. 1). On July 12, 2021, the Court entered an order directing Smith to file an amended complaint clarifying his claims within 30 days. *See* Doc. No. 6. On July 14, 2021, the Court instructed Smith to update his address because mail sent to him had been returned undeliverable. *See* Doc. No. 8. Smith was cautioned that failure to timely comply with the Court's orders would result in the dismissal of his case. Mail sent to Smith continues to be returned as undeliverable. *See* Doc. Nos. 9-11.

More than 30 days have passed, and Smith has not complied or otherwise responded to the July 12 or July 14 orders. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Smith's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 18th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE