IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY SMITH**                                                                                     **PLAINTIFF**

v.                               No: 4:21-cv-00542-JM

**RODNEY WRIGHT,** *et al.*                                                   **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 18th day of August, 2021.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE